NOT FOR PULICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMEEN PHARMACY LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>OPTUMRX, INC., *et al.*,<br><br>                      Defendants. | Civil Action No. 24-10770 (SDW) (JSA)<br><br>**ORDER**<br><br>July 1, 2025 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation dated February 21, 2025, by Magistrate Judge Jessica S. Allen (D.E. 16 ("R&R")) recommending granting Plaintiff Ameen Pharmacy LLC's motion to remand (D.E. 6). This Court having reviewed the reasons set forth in the R&R by Judge Allen as well as the parties' submissions, for the reasons stated in this Court's opinion dated July 1, 2025,

**IT IS** on this 1st day of July 2025,

**ORDERED** that the R&R of Judge Allen is **ADOPTED** as the conclusion of law of this Court, and it is further

**ORDERED** that Plaintiff's motion to remand (D.E. 6) is **GRANTED**, and it is further

**ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey, Chancery Division, Hudson County.

        **SO ORDERED.**

                                                      /s/ *Susan D. Wigenton*
                                                   **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Jessica S. Allen, U.S.M.J.